

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2022

No. 04-22-00175-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01215
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

The Real Party in Interest's First Motion for Extension of Time to File Response is hereby GRANTED. Time is extended until May 27, 2022.

It is so **ORDERED** on May 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
               MICHAEL A. CRUZ,
               CLERK OF COURT